```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 20666
   CRYSTAL D TRAVIS
                                          CHAPTER 13

                                          JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-8964


------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
      The case was filed on 11/05/2007 and was confirmed 01/23/2008.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

      The case was dismissed after confirmation 11/19/2008.
------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
------------------------------------------------------------------------
HSBC BANK USA              NOTICE ONLY    NOT FILED          .00            .00
OCWEN FEDERAL BANK         CURRENT MORTG       .00           .00            .00
OCWEN FEDERAL BANK         MORTGAGE ARRE       .00           .00            .00
HSBC AUTO FINANCE          SECURED VEHIC       .00           .00            .00
HSBC AUTO FINANCE          UNSECURED           .00           .00            .00
AFNI INC                   UNSECURED     NOT FILED           .00            .00
BALLYS TOTAL FITNESS       UNSECURED     NOT FILED           .00            .00
CAVALRY PORTFOLIO SERVIC   UNSECURED     NOT FILED           .00            .00
CAPITAL ONE                UNSECURED       1195.01           .00            .00
CITY OF CHICAGO PARKING    UNSECURED       1990.00           .00            .00
DEVRY INC                  UNSECURED       1251.01           .00            .00
DEVRY INSTITUTE            UNSECURED        642.94           .00            .00
HARRIS NA                  UNSECURED       9065.42           .00            .00
MEDICAL COLLECTION         UNSECURED     NOT FILED           .00            .00
MEDICAL COLLECTION         UNSECURED     NOT FILED           .00            .00
MEDICAL COLLECTION         UNSECURED     NOT FILED           .00            .00
MEDICAL COLLECTION         UNSECURED     NOT FILED           .00            .00
JEFFERSON CAPITAL SYSTEM   UNSECURED        657.80           .00            .00
NCO FINANCIAL SYSTEMS      UNSECURED     NOT FILED           .00            .00
RECEIVABLE PERFORMANCE     UNSECURED     NOT FILED           .00            .00
ECMC                       UNSECURED           .00           .00            .00
SPRINT                     UNSECURED     NOT FILED           .00            .00
PORTFOLIO RECOVERY         UNSECURED       3904.62           .00            .00
WACHOVIA/ACS               UNSECURED     NOT FILED           .00            .00
WASHINGTON/PROVIDIAN       UNSECURED     NOT FILED           .00            .00
B-REAL LLC                 UNSECURED        320.37           .00            .00
TALMADG TRAVIS             NOTICE ONLY   NOT FILED           .00            .00
ROBERT J SEMRAD & ASSOC    REIMBURSEMENT    10.50            .00          10.50
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY    3,500.00                      1,145.38
TOM VAUGHN                 TRUSTEE                                        100.52
DEBTOR REFUND              REFUND                                            .00


                 PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 07 B 20666 CRYSTAL D TRAVIS
```

```
     Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                        RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                 1,256.40

PRIORITY                                         10.50
SECURED                                            .00
UNSECURED                                          .00
ADMINISTRATIVE                                 1,145.38
TRUSTEE COMPENSATION                             100.52
DEBTOR REFUND                                      .00
                       ---------------      ---------------
TOTALS                  1,256.40              1,256.40
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 02/25/09                 /s/ Tom Vaughn
                                _____
                                TOM VAUGHN
                                CHAPTER 13 TRUSTEE